IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
*for Danielle*
OCT 25 2005
JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

RICKY PANNELL,                    )    CASE NO. 4:04CV00050

      Plaintiff              )

v.                                )    REPORT AND RECOMMENDATION

JO ANNE B. BARNHART               )    By:  B. Waugh Crigler
Commissioner of Social Security,        U. S. Magistrate Judge

      Defendant              )

The Commissioner having advised the court that she has no objection to an award of attorney fees to Joel C. Cunningham, Esq. in the amount of One Thousand Two Hundred Forty-Five Dollars ($1,245.00) under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b). Therefore, it is hereby

R E C O M M E N D E D

that an Order enter awarding counsel for plaintiff, Joel C. Cunningham, Esq. the sum of One Thousand Two Hundred Forty-Five ($1,245.00) in fees under the Social Security Act.

The Clerk is directed to immediately transmit the record in this case to the presiding United States District Judge. Both sides are reminded that pursuant to Rule 72(b) they are entitled to note objections, if any they may have, to this Report and Recommendation within (10) days hereof. Any adjudication of fact or conclusion of law rendered herein by the

1

undersigned not specifically objected to within the period prescribed by law may become conclusive upon the parties. Failure to file specific objections pursuant to 28 U.S.C. § 636(b)(l)(C) as to factual recitations or findings as well as to the conclusions reached by the undersigned may be construed by any reviewing court as a waiver of such objection. The Clerk is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: _____
Judge

10-25-05
Date

2