IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| RICKY PANNELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 4:04CV00050<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>Senior United States District Judge |

This action is before this Court on the petition of Ricky Pannell ("Plaintiff") for an award of attorneys' fees under the provisions of 42 U.S.C. § 406(b). Defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner") has noted her consent to payment of said fees.

Counsel for Plaintiff is hereby **AWARDED** attorneys' fees in the amount of $1,245.00. The Commissioner is directed to withhold this amount from the Plaintiff's award and to transmit the funds to Plaintiff's attorney.

The Clerk is directed to send a certified copy of this order to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 27th day of October, 2005.

s/ Jackson L. Kiser<br>
Senior United States District Judge